Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number  6:21-po-00052-HBK |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| CHRIS A. PETRUCCIO, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of case *6:21-po-00052-HBK,* without prejudice and in the interest of justice.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  February 9, 2021        */S/ Sean O. Anderson*
                                SEAN O. ANDERSON
                                Legal Officer
                                Yosemite National Park

1

ORDER

Upon motion of the United States brought under Fed. R. Crim. Pro. 48, the matter of *United States v. Petruccio*, case no. 6:21-po-00052-HBK (violation no. 9292029), is hereby dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: February 17, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE